FILE COPY

RE: Case No. 15-0571                    DATE: 8/3/2015
    COA #: 01-15-00322-CV    TC#: 2014-30215
STYLE: IN RE TEXAS LPG STORAGE COMPANY

A petition for writ of mandamus, as styled above, was today received and filed in the Supreme Court of Texas.

MR. CHRISTOPHER PRINE
CLERK, FIRST COURT OF APPEALS
301 FANNIN
HOUSTON, TX   77002